1300-15

# ELECTRONIC RECORD

COA # 02-11-00087-CR          OFFENSE: 2

STYLE: Richard Allan Gard v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: AFFIRMED          TRIAL COURT: 396th District Court

DATE: 08/30/12          Publish: NO          TC CASE #: 1184098D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Richard Allan Gard v. The State of Texas          CCA #: 1300-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____          DATE: _____

DATE: 11/18/2015          JUDGE: _____

JUDGE: _per curiam_          SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**